UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00294 |
| | ) | JUDGE CAMPBELL |
| MARQUICE D. LINDSLEY | ) | |

ORDER

Pending before the Court is a Motion to Continue Revocation Hearing (Docket No. 71) currently scheduled for July 29, 2015. The Motion is GRANTED.

The Court will hold a hearing on the Petition (Docket No. 59) alleging violations of Defendant's Conditions of Supervision on September 23, 2015, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE